United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALEEM ERAKAT          ,

Plaintiff(s),

v.

HOBBY LOBBY STORES, INC. ,

Defendant(s).

Case No. 4:26-cv-00323-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Benjamin Perry          , an active member in good standing of the bar of State of Tennessee          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Hobby Lobby Stores, Inc.          in the above-entitled action. My local co-counsel in this case is Sean Patrick Nalty          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 121253          .

401 Commerce Street, Suite 1200, Nashville, TN 37219

MY ADDRESS OF RECORD

615-254-1900

MY TELEPHONE # OF RECORD

ben.perry@ogletree.com

MY EMAIL ADDRESS OF RECORD

One Embarcadero Center, Ste 900, San Francisco, CA 94111

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-442-4810

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sean.nalty@ogletreedeakins.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 034387          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one          times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 17, 2026

Benjamin Perry
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Benjamin Perry            is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:       4/20/2026

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                                        2



# BOARD OF PROFESSIONAL RESPONSIBILITY
of the
## SUPREME COURT OF TENNESSEE

**10 CADILLAC DRIVE, SUITE 220**
**BRENTWOOD, TENNESSEE  37027**
**(615) 361-7500**
**(800) 486-5714**
**FAX:  (615) 367-2480**
**www.tbpr.org**

**SANDY L. GARRETT**
CHIEF DISCIPLINARY COUNSEL
**STEVEN J. CHRISTOPHER**
DEPUTY CHIEF DISCIPLINARY COUNSEL INVESTIGATIONS
**A. RUSSELL WILLIS**
DEPUTY CHIEF DISCIPLINARY COUNSEL LITIGATION
**LAURA L. CHASTAIN**
ETHICS COUNSEL
**BEVERLY P. SHARPE**
DIRECTOR OF CONSUMER ASSISTANCE

**DOUGLAS R. BERGERON**
**R. DAVISON DOUGLAS**
**ERIC A. FULLER**
**JOHN GILLILAND**
**MAUREEN F. HUGHES**
**HEATHER D. PIPER**
**EILEEN BURKHALTER SMITH**
**TIFFANY D. TANT-SHAFER**
DISCIPLINARY COUNSEL

April 10, 2026

Benjamin William Perry
401 Commerce St Ste 1200
Nashville, TN  37219-2491

Re:    Benjamin William Perry
       BPR No. 034387

TO WHOM IT MAY CONCERN:

On December 18, 1975, the Tennessee Supreme Court established the Board of Professional Responsibility of the Supreme Court of Tennessee to supervise the conduct of attorneys licensed to practice law in this state.

The records of the Board of Professional Responsibility indicate that the attorney referenced above was licensed in Tennessee to practice law and sworn in on 11/3/2015.  The attorney's license is currently Active and is in good standing.

Sincerely,

*Molly Leins*

Molly Leins
Registration Director

ML/np