**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALEEM ERAKAT, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>HOBBY LOBBY STORES, INC., an Oklahoma corporation,<br><br>        Defendant. | Case No. 4:26-cv-00323-HSG<br><br>**ORDER GRANTING STIPULATED BRIEFING SCHEDULE**<br><br>Complaint Filed:  January 12, 2026<br>Hearing Date: June 18, 2026<br>Hearing Time: 2 p.m.<br>Courtroom: 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:       None Set |

On May 4, 2026, Plaintiff filed a First Amended Class Action Complaint ("FAC"). At the April 14, 2026 case management conference in this matter, the Court suggested that the Parties enter into a stipulated briefing schedule in the event that defendant files a motion to dismiss in response to the FAC.  The Parties have done so and, GOOD CAUSE appearing, the Court approves the following briefing schedule:

Defendant shall file its Motion to Dismiss the First Amended Class Action Complaint no later than June 5, 2026;

Plaintiff shall file his Response in Opposition to Defendant's Motion to Dismiss the First Amended Class Action Complaint no later than July 10, 2026;

Defendant shall file its Reply in Support of Defendant's Motion to Dismiss the First Amended

[PROPOSED] ORDER GRANTING STIPULATED BRIEFING SCHEDULE

Class Action Complaint no later than July 31, 2026; and

The hearing on Defendant's Motion to Dismiss the First Amended Class Action Complaint shall take place on August 27, 2026.

IT IS SO ORDERED.

JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Case No. 4:26-cv-003230-HSG
ORDER GRANTING STIPULATED BRIEFING SCHEDULE