**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALEEM ERAKAT, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES, INC., an Oklahoma corporation,<br><br>Defendants. | Case No. 4:26-cv-00323-HSG<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW MOTION TO DISMISS AND NOTICE OF SETTLEMENT** |

**ORDER**

Pursuant to the Parties' Stipulation to Withdraw Motion to Dismiss and Notice of Settlement, the Declaration of Reuben D. Nathan in support thereof, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 34) is deemed WITHDRAWN and is TERMINATED from the docket;
2. The hearing set for August 27, 2026 at 2:00 p.m., and the remaining briefing deadlines set forth in the Court's May 15, 2026 Order (ECF No. 32), are VACATED;
3. Within sixty (60) days of the date of this Order, the Parties shall file a Stipulation for Dismissal, with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

**IT IS SO ORDERED.**

DATED: 7/29/2026

Haywood S. Gilliam, Jr.

Hon. Haywood S. Gilliam, Jr.
United States District Judge